IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02973-WYD-KLM

RONALD J. NAGIM,

      Plaintiff,

v.

RAY WALKER, and
UNIVERSAL PERSONNEL,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion for More Definite Statement** [Docket No. 10; Filed January 7, 2011] (the "Motion").  Although the Motion is largely unintelligible, it appears that Plaintiff requests that the Court order Defendants to clarify a particular statement contained in their Motion to Dismiss [Docket No. 8].  The purpose of Fed. R. Civ. P. 12(e) is to allow a party to seek correction of vague or ambiguous pleadings.  It does not permit a party to refute or discredit statements contained in an opposing party's pleading.  Here, Plaintiff does not contend that Defendants' statement is vague or confusing; rather, he argues that it is false.  Accordingly, Rule 12(e) does not provide a legal basis for Plaintiff's request.

      IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

      IT IS FURTHER **ORDERED** that given that Plaintiff has filed a Response to Defendants' Motion to Dismiss [Docket No. 11], no further pleadings shall be filed by Plaintiff until the Scheduling Conference set for **February 14, 2011**.

      Dated:  January 10, 2011