IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02973-WYD-KLM

RONALD J. NAGIM,

     Plaintiff,

v.

RAY WALKER, and
UNIVERSAL PERSONNEL,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to Object** [Docket NO. 11; Filed January 7, 2011] (the "Motion").  Although the Motion could arguably be construed as a response to Defendants' pending Motion to Dismiss, and was initially docketed as such, it was later docketed as a motion and referred to this Court for resolution.  The Motion is a largely unintelligible rambling rant accusing Defendants of harassment and unethical behavior.  On January 10, 2011, the Court denied a similarly unintelligible Motion and prohibited Plaintiff, who is proceeding *pro se*, from filing future pleadings until the date of the Scheduling Conference [Docket Nos. 10 & 13].  Because this pleading was filed prior to my Order, I consider it.  However, I note that the Motion fails to raise a legal basis for relief in violation of D.C.COLO.LCivR 7.1C., including that it is incomplete.  In addition, the Motion is not signed in violation of D.C.COLO.LCivR 10.1K., and it does not contain a certificate of service in violation of D.C.COLO.LCivR 5.1G.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **STRICKEN**.

     IT IS FURTHER **ORDERED** that on or before **February 1, 2011**, Plaintiff shall file a pleading titled **"Response to Defendants' Motion to Dismiss [Docket No. 8]"** which complies with the Local Rules in every relevant respect.

     IT IS FURTHER **ORDERED** that the Scheduling Conference set for February 14, 2011 at 10:30 a.m. is **vacated** and will be reset, if appropriate, after resolution of the dispositive issues raised in the Motion to Dismiss.  The Court takes no position as to merits of the Motion to Dismiss at this time.  **Due to the cancellation of the Scheduling Conference, the Court expands its prior prohibition on Plaintiff filing pleadings (other than the Response) until the Court issues a recommendation on the Motion to Dismiss**.

     Dated:  January 12, 2011