IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02973-WYD-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

RAY WALKER and
UNIVERSAL PERSONNEL,

    Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

    THIS MATTER is before the Court in connection with Plaintiff's Motion for Temporary Restraining Order and Freeze of Assets filed February 28, 2011.  In the motion, Plaintiff, who is proceeding *pro se*, seeks injunctive relief and the freezing of $36,500.00 in assets held by Defendants during the pendency of the lawsuit.  This motion was referred to Magistrate Judge Mix for a recommendation.  A Recommendation of United States Magistrate Judge was issued on March 8, 2011, and is incorporated herein by reference.

    Magistrate Judge Mix recommends therein that Plaintiff's motion be denied.  She notes that Plaintiff's lawsuit pertains to his alleged unlawful termination from Suncor Refinery by Defendants.  (Recommendation at 1.)  She further states that although the Motion contains no specified form of injunctive relief, she assumes Plaintiff is seeking reinstatement of employment or reclassification of his termination.  She recommends

denying injunctive relief, as Plaintiff did not establish that any of the required factors were met.  (*Id.* at 4-7.)  Finally, Magistrate Judge Mix finds that to the extent that Plaintiff also requests the freezing of Defendants' assets, there is no assertion or evidence that Defendants have insufficient funds to satisfy a judgment or that there is anything particular about this dispute that would justify such a result.  (*Id.* at 2.)

Magistrate Judge Mix advised the parties that written objections were due within fourteen (14) days after service of the Recommendation, and that the failure to serve and file specific, written objections waives de novo review of the Recommendation by the District Judge.  (Recommendation at 7.)  Despite this advisement, no objections were filed by any party to the Magistrate Judge's Recommendation.

No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate.*"  Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  *See* Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I agree with Magistrate Judge Mix that Plaintiff failed to show

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).

irreparable harm, a substantial likelihood of success on the merits, or the other elements required to obtain injunctive relief.  I also agree with her finding that Plaintiff has not shown anything that would justify the freezing of Defendants' assets.  Accordingly, I agree with the recommendation to deny Plaintiff's motion.  It is therefore

ORDERED that the Recommendation of United States Magistrate Judge dated March 8, 2011, is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

ORDERED that Plaintiff's Motion for Temporary Restraining Order and Freeze of Assets (ECF No. 27) is **DENIED**.

Dated:  April 25, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge