IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02973-WYD-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

RAY WALKER, and
UNIVERSAL PERSONNEL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Joint Motion for Leave for Defense Counsel to Appear at Scheduling Conference by Telephone Conference Call** [Docket No. 47; Filed May 18, 2011]. Attached to the Motion is an email chain between Plaintiff, who is proceeding *pro se*, and defense counsel indicating that Plaintiff is in Chile and may need to reschedule the Scheduling Conference [Docket No. 47-1].  No request to reschedule has been filed.  Any such motion must be filed within five (5) days of the conference.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defense counsel may participate by telephone by contacting the Court at **(303) 335-2770** on the date and time of the conference.

    IT IS FURTHER **ORDERED** that the Court *sua sponte* grants Plaintiff leave to attend the conference by telephone.  If he chooses to attend by telephone, he shall alert defense counsel within **three (3) days** of the conference.  Defense counsel shall then arrange a conference call with Plaintiff and contact the Court on a single line to participate.

    IT IS FURTHER **ORDERED** that if Plaintiff fails to timely file a proposed Scheduling Order and/or attend the Scheduling Conference either in person or by telephone, the Court may recommend that sanctions be imposed, up to and including dismissal of this action.

    Dated:  May 18, 2011