IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02973-WYD-KLM

RONALD J. NAGIM,

     Plaintiff,

v.

RAY WALKER, and
UNIVERSAL PERSONNEL,

     Defendants.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to Show Cause** [Docket No. 56; Filed July 25, 2011] (the "Motion").  Although titled and docketed as a Motion, the pleading purports to inform the Court that discovery is in the process of being served on Defendants. As no relief is sought,

     IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  Moreover, pursuant to Fed. R. Civ. P. 5 and D.C.COLO.LCivR 5.5, discovery-related matters should not be filed on the docket unless relief is specifically being sought from the Court.  Future unnecessary pleadings may be summarily denied, stricken or ignored.

     Dated:  July 25, 2011