IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02973-WYD-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

RAY WALKER, and
UNIVERSAL PERSONNEL,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's second "**Motion to Show Cause**" [Docket No. 62; Filed October 3, 2011] (the "Motion"). Although titled and docketed as a Motion, the pleading purports to inform the Court of the content of certain discovery responses received by Plaintiff. No relief is requested.

    Plaintiff submitted a similar filing on July 25, 2011 [Docket No. 56] ("July 25, 2011 filing"). In the Minute Order denying the July 25, 2011 filing, the Court informed Plaintiff that pursuant to Fed. R. Civ. P. 5 and D.C.COLO.LCivR 5.5, discovery-related matters should not be filed on the docket unless relief is specifically being sought from the Court. The Court warned Plaintiff that future unnecessary pleadings may be summarily denied, stricken or ignored. Accordingly, pursuant to D.C.COLO.LCivR 7.1H,[1]

    IT IS HEREBY **ORDERED** that the Motion is **STRICKEN**.

    Dated: October 4, 2011

---

[1] D.C.COLO.LCivR 7.1H provides that "[a] verbose, redundant, ungrammatical, or unintelligible motion, response, or reply may be stricken or returned for revision, and its filing may be grounds for imposing sanctions."