IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02973-WYD-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

RAY WALKER, and
UNIVERSAL PERSONNEL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Amend** [Docket No. 66; Filed October 7, 2011] (the "Motion").  In the section of the Motion titled "Relief," Plaintiff states that "[t]he Plaintiff in the prior Civil Action would like to re-allege all of the Relief sought against the Defendant(s) . . . ." [#66] at 7.  The Court construes the Motion as a request for leave to file a Second Amended Complaint.  Plaintiff did not include a proposed Second Amended Complaint for Defendants' and the Court's review, nor did Plaintiff comply with D.C.COLO.LCivR 7.1A., which alone is a basis for denial of the Motion.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.  If Plaintiff is seeking leave to file a Second Amended Complaint, he must file a motion which complies with the federal and local rules (including Rule 7.1A.) and which includes the proposed Second Amended Complaint.  Plaintiff is warned that the proposed Second Amended Complaint must not contain any previously dismissed claims or defendants.  Any proposed Second Amended Complaint which does not comply with this Minute Order will be summarily stricken.

    Dated:  October 11, 2011