IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02973-WYD-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

RAY WALKER, and
UNIVERSAL PERSONNEL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's "Motion to Put Case on Hold"** [Docket No. 69] (the "Motion"). As a preliminary matter, the Motion does not comply with D.C.COLO.LCivR 7.1A., which alone is a basis for denial. In any event, Plaintiff requests a stay of all proceedings through November 3, 2011. Pursuant to the Scheduling Order entered June 21, 2011 [Docket No. 53], discovery closes on December 5, 2011, and the deadline for filing dispositive motions is set as January 9, 2012. Plaintiff has made no showing that these deadlines cannot be met, and has offered no legitimate basis for staying the case. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated: October 11, 2011