IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02973-WYD-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

RAY WALKER, and
UNIVERSAL PERSONNEL,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion for Leave to Conduct Plaintiff's November 17, 2011 Deposition at Federal Courthouse Due to Plaintiff's Threats** [Docket No. 78; Filed November 14, 2011] (the "Motion").  Defendants represent that although Plaintiff agrees to be deposed at the Courthouse on November 17, 2011, Plaintiff opposes the content of the Motion.  Despite Plaintiff's opposition, for good cause shown,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  On November 17, 2011, commencing at 9:00 a.m., Defendants may conduct Plaintiff's deposition in the jury room attached to Courtroom C-203, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties shall be escorted to the jury room by court security officers.  The parties are explicitly instructed to *contact only Magistrate Judge Mix's Chambers*, and no other judicial officers' chambers, while at the Court for Plaintiff's deposition.

    The parties are hereby notified that the Court does not provide security staff or a court reporter to be present in the jury room during the deposition. Hence, any and all such persons must be provided by the parties.

    Dated:  November 14, 2011