IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02973-WYD-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

RAY WALKER, and
UNIVERSAL PERSONNEL,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Sanction and to Show Cause** [Docket No. 81; Filed November 14, 2011]; **Motion to Show Cause** [Docket No. 82; Filed November 14, 2011]; **Motion for Sanction** [Docket No. 83; Filed November 14, 2011]; and **Motion to Object** [Docket No. 86; Filed November 14, 2011] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions are **DENIED AS MOOT**. The four Motions relate to the relief requested in Defendants' Motion for Leave to Conduct Plaintiff's November 17, 2011 Deposition at Federal Courthouse Due to Plaintiff's Threats [#78]. The Court granted Defendants' motion in a Minute Order issued November 14, 2011 [#84]. Allowing Defendants to conduct Plaintiff's deposition at the Courthouse will protect both sides' interests, including counsel for Defendants' interests in avoiding allegedly threatening statements by Plaintiff, and Plaintiff's interests in avoiding allegedly abusive conduct by counsel for Defendants.

    IT IS FURTHER **ORDERED** that the Court's discovery procedures remain in effect and govern any dispute regarding alleged misconduct by either side at the November 17, 2011 deposition.

    Dated:  November 15, 2011