IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02973-WYD-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

RAY WALKER, and
UNIVERSAL PERSONNEL,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Show Cause** [Docket No. 91; Filed November 16, 2011] and **Motion to Amend** [Docket No. 92; Filed November 16, 2011].

    IT IS HEREBY **ORDERED** that the Motion to Show Cause [#91] is **STRICKEN** for the reasons stated in the Minute Order issued October 4, 2011 [#65] (referencing the Minute Order issued July 25, 2011 [#59]).

    IT IS FURTHER **ORDERED** that the Motion to Amend [#92] is **STRICKEN** for the reasons stated in the Minute Orders issued November 10, 2011 [#77] and November 15, 2011 [#89].

    Dated:  November 18, 2011