IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02973-WYD-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

RAY WALKER, and
UNIVERSAL PERSONNEL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Amend** [Docket No. 95; Filed December 5, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **STRICKEN** for the reasons stated in the Minute Orders issued November 10, 2011 [#77] and November 15, 2011 [#89].

    Dated:  December 7, 2011