IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-02973-WYD-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

RAY WALKER and
UNIVERSAL PERSONNEL,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss with Prejudice filed December 16, 2011. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Plaintiff's Unopposed Motion to Dismiss with Prejudice (ECF No. 104) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear his/its own costs and attorney fees.

Dated: January 4, 2012

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge